**Motion Granted; Order filed October 27, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00358-CV
_____

### EDMUND B. HEIMLICH, Appellant

### V.

### DAVID COOK, Appellee

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1183433**

---

## ORDER

Appellant's brief was originally due August 10, 2022. We granted two extensions of time to file appellant's brief until October 10, 2022. When we granted the final extension, we noted that no further extensions would be granted absent exceptional circumstances. On October 10, 2022, appellant filed a further request for extension of time to file his brief. The motion states appellant is waiting for the filing of a reporter's record of a hearing. Appellant's motion does not reflect when this hearing occurred and or state that a reporter was present. The court reporter informed this court on May 20, 2022, that no record was taken.

Accordingly, we GRANT appellant's motion and order appellant to file a brief with the clerk of this court within thirty (30) days of the date of this order. If appellant does not timely file the brief as ordered, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.